THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ROBERT HOWELL, JR.,<br><br>        Defendant. | CASE NO. CR21-0190-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to continue trial (Dkt. No. 27). Having thoroughly considered the motion and relevant record, the Court GRANTS the motion for the reasons explained below.

Trial is in this matter is currently set for September 26, 2022. (Dkt. No. 24.) The parties have conferred and do not believe the current trial date is realistic given defense counsel's professional commitments and the need to resolve pretrial litigation issues. (Dkt. No. 27 at 1.) Further, defense Counsel is currently preparing for a complex criminal trial in the District of Alaska and requires more time to complete review of discovery in this matter. (*Id.* at 1–2.) The parties thus request a continuance to June 26, 2023. (*Id.*) Defendant Howell has signed a speedy trial waiver to this effect. (Dkt. No. 26.)

Having thoroughly considered the motion and the relevant record, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of Defendant and

the public to a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The reasons for this finding are:

1. Taking into account the exercise of due diligence, the failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, *see* 18 U.S.C. § 3161(h)(7)(B)(iv), and would therefore result in a miscarriage of justice, *see* 18 U.S.C. § 3161(h)(7)(B)(i).

2. The time between the date of this order and the new trial date is a reasonable period of delay given the complexity of the case, counsels' respective schedules, recently initiated plea negotiations, and the nature of contraband evidence requiring review at a government facility.

Accordingly, the Court GRANTS the parties motion (Dkt. No. 27) and ORDERS:

1. The September 26, 2022 jury trial is CONTINUED until June 26, 2023.
2. The August 22, 2022 pretrial motions deadline is CONTINUED until March 27, 2023, per the parties' stipulation.

The period from the date of this order until June 26, 2023 is an excludable time period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 23rd day of June 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE