THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT J. HOWELL, JR.,<br><br>　　　　　Defendant. | CASE NO. C21-0190-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　This matter comes before the Court on the parties' stipulated motion to extend the deadline to file pretrial motions (Dkt. No. 68). Finding good cause, the motion is GRANTED. The pretrial motions deadline is extended to August 16, 2024. The Government's response is due by September 13, 2024, and Defendant's reply is due by September 27, 2024.

　　　　DATED this 1st day of August 2024.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Kathleen Albert
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C21-0190-JCC
PAGE - 1