JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-190-JCC |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION TO MODIFY DISCOVERY PROTECTIVE ORDER |
| ROBERT J. HOWELL, JR., | |
| Defendant. | |

THE COURT has considered the stipulated motion of the parties to modify the discovery protective order and the records and files in this case.

It is ORDERED that Section 2 is modified as follows:

2.      <u>Scope of Review of Protected Material</u>

Defense attorneys of record and members of the defense team may display and review the Protected Material with the defendant. The attorneys of record and members of the defense team acknowledge that providing copies of the Protected Material to the defendant and other persons is prohibited and agree not to duplicate or provide copies of Protected Material to the defendant and other persons. <u>The defense team can, however, provide the protected material on an electronic storage device (a CD or solid-state drive) so that Mr. Howell can review this material under the procedures in place at FDC SeaTac that allow for detainees to privately review protected material. Under these procedures, the detainee returns custody of the electronic storage device to an FDC employee when not privately viewing the material. Thus, the detainee does not maintain custody of the protected material.</u>

ORDER TO MODIFY DISCOVERY
PROTECTIVE ORDER
(*U.S. v. Howell,* CR21-190-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1   All other conditions of the Discovery Protective Order shall remain the same.

2   DONE this 9th day of August 2024.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
s/ *Mukund Rathi*
Assistant Federal Public Defender
Attorneys for Robert Howell, Jr.

s/ *Matthew Hampton*
Assistant United States Attorney
*per electronic authorization*

ORDER TO MODIFY DISCOVERY
PROTECTIVE ORDER
(*U.S. v. Howell*, CR21-190-JCC) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100