THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ROBERT J. HOWELL, JR.,<br><br>        Defendant. | CASE NO. CR21-0190-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's request to file an overlength motion to suppress (Dkt. No. 73). The Court FINDS good cause for this request. Accordingly, the Court will consider the entirety of Defendant's motion to dismiss, suppress, hold a *Franks* hearing, and to compel discovery, as filed (Dkt. No. 74). The Government may file an overlength opposition brief not to exceed 19 double-spaced pages. If Defendant chooses to file a reply, it shall not exceed six (6) double-spaced pages.

DATED this 19th day of August 2024.

                                          Ravi Subramanian
                                          Clerk of Court

                                          s/Kathleen Albert
                                          Deputy Clerk