THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-190-JCC |
| Plaintiff, | ) | |
| v. | ) | ~~(PROPOSED)~~ ORDER TO SEAL EXHIBITS |
| ROBERT J. HOWELL, JR., | ) | |
| Defendant. | ) | |

THE COURT has considered the defense motion to file Exhibits 1, 2, and 3 to the Combined Motion under seal and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Exhibits 1, 2, and 3 be filed under seal.

DONE this 17th day of September 2024.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
s/ *Mukund Rathi*
Assistant Federal Public Defenders
Attorneys for Robert Howell

ORDER TO SEAL EXHIBITS
(*U.S. v. Howell,* CR21-190-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100