The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR21-190 JCC |
|---|---|
| Plaintiff | |
| v. | [Proposed] |
| ROBERT J. HOWELL, JR., | ORDER TO SEAL DOCUMENT |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit 1 of the Government's Response to Defendant's Combined Motions to Dismiss, Suppress, Hold a *Franks* Hearing, and Compel Discovery,

It is hereby ORDERED that Exhibit 1 shall remain sealed until further Order of the Court.

DATED this 15th day of October, 2024.

_____
JOHN C. COUGHENOUR
United States District Judge

Order to Seal - 1
*United States v. Howell* / CR21-190 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

Order to Seal - 2
*United States v. Howell* / CR21-190 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970