The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT J. HOWELL, Jr., <br><br> Defendant. | NO. CR21-190 JCC <br><br> [PROPOSED] ORDER SEALING DKT 104 |

THIS COURT, having considered the facts and circumstances contained in the parties' stipulated motion, HEREBY GRANTS that motion.

IT IS ORDERED that the defendant's reply in support of his combined pretrial motions filed at Dkt 104 shall be sealed and remain sealed until further Order of the Court.

ORDER SEALING DKT 104 - 1
*United States v. Howell*, CR21-190JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS FURTHER ORDERED that defendant shall file a redacted version of that
2  pleading to the public docket.
3
4  DATED this _21st_ day of ____November___, 2024.
5
6
7
8  _____
9  JOHN C. COUGHENOUR
   United States District Judge
10 Presented by:
11 *s/ Matthew P. Hampton*
   MATTHEW P. HAMPTON
12 Assistant United States Attorney
13
   *s/ Thomas E. Weaver*
14 THOMAS E. WEAVER
   Attorney for Defendant
15
16
17
18
19
20
21
22
23
24
25
26
27

ORDER SEALING DKT 104 - 2
*United States v. Howell*, CR21-190JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970