THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                                     Plaintiff,

                    v.

ROBERT HOWELL,

                                     Defendant.

CASE NO. CR21-0190-JCC

MINUTE ORDER

        The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

        This matter comes before the Court on Defendant's motion to withdraw his motion to dismiss at docket number 111 (Dkt. No. 112). Defendant's motion is GRANTED. The Clerk is DIRECTED to STRIKE docket number 111.

        DATED this 4th day of March 2025.

                                     Ravi Subramanian
                                     Clerk of Court

                                     s/Kathleen Albert
                                     Deputy Clerk

MINUTE ORDER
CR2-0190-JCC
PAGE - 1