THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0190-JCC |
| Plaintiff, | ORDER |
| v. | |
| ROBERT J. HOWELL, JR., | |
| Defendant. | |

The Court ORDERS that the jury be committed to the custody of a duly sworn bailiff and that the Clerk pay for the meals of the jurors at the expense of the United States Courts.

DATED this 2nd day of April 2025.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR21-0190-JCC
PAGE - 1