The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROBERT J. HOWELL, JR.,<br><br>Defendant. | NO. CR21-190 JCC<br><br>[Proposed]<br><br>ORDER TO SEAL ADMITTED EXHIBITS |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibits 22, 24, 101A, and 102A,

It is hereby ORDERED that the exhibits listed above shall remain sealed.

DATED this __22nd__ day of __April_____, 2025.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

Order to Seal - 1
*United States v. Howell* / CR21-190 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970