The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ROBERT J. HOWELL, Jr. <br><br> Defendant. | NO. CR21-190 JCC <br><br> [Proposed] <br><br> ORDER TO SEAL EXHIBITS |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibits 1-41 to the Government's Sentencing Memorandum, It is hereby ORDERED that Exhibits 1-41 shall remain sealed.

DATED this __9th__ day of _____July_____, 2025.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge

Order to Seal - 1
*United States v. Howell* / CR21-190 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Presented by:

2  *s/ Matthew P. Hampton*
   MATTHEW P. HAMPTON
3  Assistant United States Attorney

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Order to Seal - 2
*United States v. Howell* / CR21-190 JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970