THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT J. HOWELL, JR.,<br><br>    Defendant. | CASE NO. CR21-0190-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion for release pending appeal (Dkt. No. 178). On August 12, 2025, the Court entered judgment, sentencing Defendant to 160 months following his conviction for Receipt of Child Pornography (Count 1) and Possession of Child Pornography (Count 2). (*See* Dkt. No. 181.) Just prior to the sentencing, Defendant moved *pro se* for release pending appeal. (*See* Dkt. No. 178.)

Under 18 U.S.C. § 3143(b)(1), "a person who has been found guilty of an offense and sentenced to a term of imprisonment, and who has filed an appeal," must be ordered detained unless two requirements are met. First, the court must find, by clear and convincing evidence, "that the person is not likely to flee or pose a danger to the safety of any other person or the community if released." *Id.* § 3143(b)(1)(A). Second, the court must find "that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in (i) reversal, (ii) an order for a new trial, (iii) a sentence that does not include a term of

ORDER
CR21-0190-JCC
PAGE - 1

imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." *Id.* § 3143(b)(1)(B). If the court makes both findings, it must generally order release of the person. *Id.* § 3143(b)(1). Defendant's motion is procedurally deficient (at the time of his request, Defendant had not yet been sentenced to a term of imprisonment); regardless, it fails to meet the requirements articulated above.

Thus, the motion (Dkt. No. 178) is DENIED.

DATED this 25th day of August 2025.

John C. Coughenour
UNITED STATES DISTRICT JUDGE