THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0190-JCC |
| Plaintiff, | ORDER |
| v. | |
| ROBERT J. HOWELL, JR., | |
| Defendant. | |

This matter comes before the Court on Defendant's letter to the Court (Dkt. No. 186), which it liberally construes as a motion for reconsideration of the Court's order denying release pending appeal (Dkt. No. 182). Having considered the record and the applicable law, the Court DENIES the motion. Such motions "are disfavored;" the Court "will ordinarily deny [them] in the absence of a showing of manifest error in the prior ruling or new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." CrR 12(b)(13)(A). Defendant's letter fails to demonstrate any of the above. Any reconsideration request contained within the letter (Dkt. No. 186) is DENIED.

//
//
//
//

ORDER
CR21-0190-JCC
PAGE - 1

1   It is so ORDERED this 8th day of September 2025.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE