HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES, | NO. 2:21-cr-00190-JCC-1 |
|---|---|
| Plaintiff, | |
| vs. | ~~**Proposed Order**~~ |
| ROBERT J. HOWELL, JR., | **ORDER** |
| Defendant. | |

GOOD CAUSE APPEARING (**Dkt No 191**), IT IS HEREBY ORDERED that, for purposes of defendant's appeal now pending in the Ninth Circuit Court of Appeals, the court reporter shall prepare and release, to appellant's counsel only, transcripts of the in camera sealed portions of the hearings on March 24, 2023; April 20, 2023; and September 19, 2024.

DATED this 11th day of September 2025

*/s/ John C. Coughenour*

HONORABLE JOHN C. COUGHENOUR
United States District Judge

1