HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>vs.<br><br> ROBERT J. HOWELL, JR.,<br><br>                Defendant. | NO. 2:21-cr-00190-JCC-1<br><br>~~Proposed Order~~<br><br>**ORDER** |

        GOOD CAUSE APPEARING (**Dkt No 193**), IT IS HEREBY ORDERED that, for purposes of defendant's appeal now pending in the Ninth Circuit Court of Appeals, the court clerk shall provide appellate defense counsel with copies of the sealed documents filed at the following docket numbers: 2; 30; 34; 40; 42; 58; 59; 64; 65; 75; 79; 84; 104; 130; 146; 152; 153; 154; **160**; 166; 167; 168; 169; and 170.

        DATED this 15th day of September 2025

_____

HONORABLE JOHN C. COUGHENOUR
United States District Judge

1