THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA , <br><br> Plaintiff, <br><br> v. <br><br> ROBERT J. HOWELL, <br><br> Defendant. | CASE NO. CR21-0190-JCC <br><br> ORDER |

This matter comes before the Court on the Government's motion to unseal the transcript of a hearing before the Honorable Brian A. Tsuchida, United States Magistrate Judge, on September 19, 2024 (Dkt. No. 216.) At one time, that proceeding was intended to be a *Faretta*[1] hearing. (*See* Dkt. No. 90). The Government seeks information to the extent that it may be relevant to Defendant's later waiver of a right to counsel (which he invoked prior to sentencing). (*See* Dkt. No. 151.)

The Court has conducted an *in camera* review of the transcript (Dkt. No. 201) and confirms (a) that it did not touch on *Faretta* issues and (b) no communications between Judge Tsuchida and Defendant bear on issues raised in Defendant's present appellate claim. Thus, the

---

[1] *Faretta v. California*, 422 U.S. 806 (1975).

ORDER
CR21-0190-JCC
PAGE - 1

Court DENIES the Government's motion to unseal the transcript (Dkt. No. 216).

So ORDERED this 16th day of March 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR21-0190-JCC
PAGE - 2