THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0190-JCC |
| Plaintiff, | ORDER |
| v. | |
| ROBERT J. HOWELL, JR., | |
| Defendant. | |

This matter comes before the Court on Defendant's motion to stay his restitution obligation pending the exhaustion of his appellate rights (Dkt. No. 220). Defendant fails to establish good cause for such a stay in accordance with Federal Rule of Criminal Procedure 38. Thus, the motion is DENIED. The Clerk is DIRECTED to provide Defendant with an additional copy of the pro se guidance requested at the bottom of Defendant's motion.

So ORDERED this 18th day of June 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR21-0190-JCC
PAGE - 1